476 A.2d 88

Commonwealth v. Murphy, Appellant.

Submitted March 15, 1984. Nicholas J. Lisi, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.